**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JEFFREY GOLEMBEWSKI,** : | |
| **ET AL.,** : | |
| Plaintiff : | **CIVIL ACTION NO. 3:16-2335** |
| : | |
| **v.** : | **(JUDGE MANNION)** |
| **STANISLAW RUSEK, ET AL.,** : | |
| Defendant | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the plaintiffs' motion to remand to the Luzerne County Court of Common Pleas, (Doc. 3), is **DENIED**; and

**(2)** the defendants' motion for extension of time (Doc. 5) is **GRANTED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 22, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2335-01-ORDER.wpd